UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARIA ALEJANDRA RAMIREZ RODRIGUEZ and CRISTIAN ANDRÉS GUZMÁN DE LA OSSA, *individually and as next friends of their minor son, IR,*<br><br>Plaintiffs,<br><br>v.<br><br>NANCY SANDERS HARPER, MD; HENNEPIN COUNTY; THE BOARD OF REGENTS OF THE UNIVERSITY OF MINNESOTA; HENNEPIN HEALTHCARE SYSTEM, INC., *d/b/a Hennepin County Medical Center*; THE UNIVERSITY OF MINNESOTA PHYSICIANS, *d/b/a U of M Physicians*; NICOLE CHRISTENSON; MARIA KROUPINA, PHD; MEGAN DILLMAN, MD; and JACOB CHRISTENSEN,<br><br>Defendants. | Case No. 25-cv-2266 (LMP/SGE)<br><br>**ORDER OF DISMISSAL OF NICOLE CHRISTENSON** |

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Defendant Nicole Christenson (ECF No. 27). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** against Defendant Nicole Christenson ("Christenson"). Plaintiffs and Christenson shall bear their own costs and fees.

Dated: October 9, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge