UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Maria Alejandra Ramirez Rodriguez and Cristian Andrés Guzmán de la Ossa, individually and as next friends of their minor son, IR,<br><br>               Plaintiffs,<br><br>v.<br><br>Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; The University of Minnesota Physicians d/b/a U of M Physicians; Nicole Christenson; Maria Kroupina, PhD; Megan Dillman, MD; and Jacob Christensen,<br><br>               Defendants. | Court File No. 25-cv-2266-LMP-SGE<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

The parties filed a stipulation, (Dkt. 30), to give Defendants Dr. Nancy Sanders Harper, M.D., Dr. Maria Kroupina, University of Minnesota Physicians, The Board of Regents of the University of Minnesota, Hennepin Healthcare System, Inc., Hennepin County, Jacob Christensen, and Megan Dillman, MD, an extension of time to Answer or otherwise respond to the Amended Complaint.

**IT IS HEREBY ORDERED:** Dr. Nancy Sanders Harper, M.D., Maria Kroupina, Ph.D., University of Minnesota Physicians, The Board of Regents of the University of Minnesota, Hennepin Healthcare System, Inc., Hennepin County, Jacob Christensen, and

2

Megan Dillman, MD, shall Answer or otherwise respond to the Amended Complaint on or before January 13, 2026.

Dated: October 29, 2025                    _s/Shannon G. Elkins_____
                                           SHANNON G. ELKINS
                                           U.S. Magistrate Judge