UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Maria Alejandra Ramirez Rodriguez and Cristian Andrés Guzmán de la Ossa, individually and as next friends of their minor son, IR, | Court File No. 25-cv-2266-LMP-SGE |
| Plaintiffs, | SECOND ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT |
| v. | |
| Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; The University of Minnesota Physicians d/b/a U of M Physicians; Nicole Christenson; Maria Kroupina, PhD; Megan Dillman, MD; and Jacob Christensen, | |
| Defendants. | |

The parties filed a stipulation, (Dkt. 36), to give Defendants Dr. Nancy Sanders Harper, M.D., Dr. Maria Kroupina, University of Minnesota Physicians, The Board of Regents of the University of Minnesota, Hennepin Healthcare System, Inc., Hennepin County, Jacob Christensen, and Megan Dillman, MD, an extension of time to Answer or otherwise respond to the Amended Complaint.

**IT IS HEREBY ORDERED:** Dr. Nancy Sanders Harper, M.D., Maria Kroupina, Ph.D., University of Minnesota Physicians, The Board of Regents of the University of Minnesota, Hennepin Healthcare System, Inc., Hennepin County, Jacob Christensen, and

2

Megan Dillman, MD, shall Answer or otherwise respond to the Amended Complaint, or stipulate to allow Plaintiff to file a Second Amended Complaint by February 27, 2026.

Dated: January 9, 2026                    *s/Shannon G. Elkins*_____
                                                                SHANNON G. ELKINS
                                                                U.S. Magistrate Judge
                                                                District of Minnesota